HARLAND, Respondent, vs. WISCONSIN SUGAR COMPANY, Appellant.

*February 6—March 17, 1914.*

APPEAL from a judgment of the county court of Waukesha county: DAVID W. AGNEW, Judge. *Affirmed.*

Action to recover on contract. Judgment was in due form for $344.71.

For the appellant there was a brief by *Frame & Blackstone,* and oral argument by *A. L. Blackstone.*

For the respondent there was a brief by *Merton, Newbury & Jacobson,* and oral argument by *M. A. Jacobson.*

MARSHALL, J. The same questions are presented in this case as in *Grogan v. Wisconsin S. Co., ante,* p. 406, 146 N. W. 491, and following the rule of that case the judgment must be affirmed.

*By the Court.*—Judgment affirmed.